**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**

vs.  No. 4:08CR0233 JMM

**OSBOURNE KARL HENRIQUES**

### ORDER

Pending is the government's motion to dismiss the indictment. (Docket # 123). The motion is GRANTED. The Indictment against Osbourne Karl Henriques is hereby dismissed without prejudice. All pending motions are termed as moot.

IT IS SO ORDERED this 27th day of February, 2014.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE